UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID G., an adult with a disability,<br><br>    Plaintiff<br><br>v.<br><br>THE COUNCIL ROCK SCHOOL DISTRICT,<br><br>    Defendant | CIVIL ACTION<br><br>No. 06-1523<br><br>**FILED**<br><br>SEP 24 2009<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## ORDER

Upon consideration of the cross-motions for judgment on the administrative record by plaintiff David G. and defendant Council Rock School District, and after careful review of the record and the Report and Recommendation of United States Magistrate M. Faith Angell, this 23rd day of September 2009, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** as supplemented by the accompanying Memorandum;

2. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**.

3. Plaintiff's request for monetary damages is **DISMISSED WITHOUT PREJUDICE** to resubmit following the decisions of the hearing officer and Special Education Appeals Panel on remand.

-6-

This case is **REMANDED** for further proceedings consistent with this memorandum and order.

BY THE COURT:

_____
LOUIS H. POLLAK, J.